# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 21, 2009

Before

JOHN L. COFFEY, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

No. 07-3025

| | |
|---|---|
| ZAFAR HASAN, | Appeal from the United States District Court for the Northern |
| *Plaintiff-Appellant*, | District of Illinois, Eastern Division. |
| v. | No. 04 C 5690 |
| FOLEY & LARDNER LLP, | **James B. Zagel**, *Judge*. |
| *Defendant-Appellee*. | |

O R D E R

The Motion for Leave to Intervene and Petition for Rehearing is treated as a motion by a non-party to correct the opinion.

The motion is granted. The second sentence of Page 13, "Part B," is amended to read:

Those facts include Simon's anti-Muslim comments, Hagerman's advice, Mason's warning to Jaspan about Mr. Hasan's religion, the suspicious timing of the downturn in his hours and evaluations following September 11, one partner's

testimony that Foley fired no other associates for economic reasons and did well financially in 2001 and 2002, the Business Law Department's treatment of its other Muslim associates and Foley's shifting justifications for firing Mr. Hasan.

IT IS SO ORDERED.